# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VALLEY HEALTH SYSTEM,<br><br>　　　　Debtor,<br>_____<br>JAN REICHARDT, et al.,<br>　　　　Appellants,<br>　　v.<br>METROPOLITAN LIFE INSURANCE CO., et al.,<br>　　　　Appellees.<br>_____ | Case No. ED CV 18-1033 FMO<br><br>(BK Case No. 6:07-18293 PC)<br>(Adv. Case No. 6:12-ap-1032 PC)<br><br>**ORDER TO SHOW CAUSE** |

On May 14, 2018, appellants Jan Reichardt, Rosie De La Rosa, and Aileen Grisham (collectively, "appellants") filed a Notice of Appeal, (Dkt. 1, "Notice"), and on August 14, 2018, the notice of death of appellants' counsel, Gregory G. Petersen, was filed, (see Dkt. 17). The Court's Order of August 20, 2018, (Dkt. 18), stayed the case until September 19, 2018, to allow appellants to find new counsel, and advised appellants that the court would "assume that appellants wish to proceed pro se if new counsel has not appeared by September 19, 2018." (Id.) As of the filing date of this order, new counsel has not appeared on behalf of appellants. (See, generally, Dkt.). Accordingly, appellants are presumed to be proceeding pro se. Pursuant to Local Rule 41-6, appellants have an obligation to keep the court advised of a current address throughout the

duration of the case.  See L.R. 41-6 ("A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number[.]").

Based on the foregoing, IT IS ORDERED THAT:

1. The Clerk shall terminate attorney Gregory G. Petersen as counsel of record for appellants Reichardt, De La Rose, and Grisham and list appellants as proceeding pro se.

2. Appellants shall file a Notice of Change of Address no later than **October 17, 2018. Appellants are advised that failure to timely comply with this Order or with its continuing obligation to keep the court apprised of a current mailing address, may result in dismissal of this appeal for lack of prosecution**.  See L.R. 83-2.4; see also L.R. 41-6; Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. If counsel for Metropolitan Life Insurance Company has a home or work address for any of the appellants, then counsel shall serve this Order on appellants and file a proof of service no later than two business days from the filing date of this Order.

Dated this 1st day of October, 2018.

                                            /s/
                                   Fernando M. Olguin
                               United States Magistrate Judge