# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VALLEY HEALTH SYSTEM, <br><br> Debtor, <br>_____ <br> JAN REICHARDT, et al., <br><br> Appellants, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE CO., et al., <br><br> Appellees. <br>_____ | Case No. ED CV 18-1033 FMO <br><br> (BK Case No. 6:07-18293 PC) <br> (Adv. Case No. 6:12-ap-1032 PC) <br><br> **ORDER TO SHOW CAUSE** |

On May 14, 2018, appellants Jan Reichardt, Rosie De La Rosa, and Aileen Grisham (collectively, "appellants") filed a Notice of Appeal, (Dkt. 1, "Notice"). On August 14, 2018, a notice of death of appellants' counsel, Gregory G. Petersen, was filed. (See Dkt. 17). The court issued an order staying the case for 30 days so that appellants could retain new counsel. (See Dkt. 18, Court's Order of August 20, 2018 (granting appellants until September 19, 2018, to retain new counsel)). Because new counsel did not appear by that date, appellants were presumed to be proceeding pro se pursuant to the Court's Order of October 1, 2018, (Dkt. 20). The Court's Order of October 1, 2018, also stated that appellants have an obligation to keep the court advised of a current address throughout the duration of the case pursuant to Local Rule 41-6 ("A party

proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number[.]"). However, it appears that counsel for appellee Metropolitan Life Insurance Company was not able to locate service addresses for two of the three appellants. (See Dkt. 21, Proof of Service). The court has not been provided with a mailing address for appellants. The court, on its own motion, conducted a public records search to identify any potential addresses for appellants and will order service of this order at those addresses.

Based on the foregoing, IT IS ORDERED THAT:

1. The Clerk shall serve this Order via first-class mail at all of the following addresses:

>JAN REICHARDT
>459 WIMBLEDON DR
>SAN JACINTO, CA 92583-2677

>ROSIE DE LA ROSA
>613 CARMALITA ST
>HEMET, CA 92543-6009

>AILEEN GRISHAM OR AILEEN GRESHAM
>38510 MESA RD
>TEMECULA, CA 92592-8652

**These addresses shall not be added to the docket until the court receives sufficient confirmation that these addresses are valid addresses for appellants**.

2. Appellants shall file a Notice of Change of Address no later than **December 5, 2018. Appellants are advised that failure to timely comply with this Order or with its continuing obligation to keep the court apprised of a current mailing address, will result in dismissal of this appeal for lack of prosecution**. See L.R. 83-2.4; see also L.R. 41-6; Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 15th day of November, 2018.

/s/
Fernando M. Olguin
United States Magistrate Judge