JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VALLEY HEALTH SYSTEM,<br><br>        Debtor,<br>_____<br>JAN REICHARDT, et al.,<br><br>        Appellants,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE CO., et al.,<br><br>        Appellees. | Case No. ED CV 18-1033 FMO<br><br>(BK Case No. 6:07-18293 PC)<br>(Adv. Case No. 6:12-ap-1032 PC)<br><br>**ORDER GRANTING STIPULATION TO DISMISS APPEAL WITH PREJUDICE** |

Having reviewed the Stipulation to Dismiss Appeal with Prejudice, (Dkt. 27), IT IS ORDERED THAT:

1. The Stipulation to Dismiss Appeal with Prejudice (**Document No. 27**) is **approved**.
2. The appeal is **dismissed with prejudice**.
3. The parties shall bear their own costs and fees.

Dated this 18th day of January, 2019.

                                                                  /s/
                                          _____
                                                      Fernando M. Olguin
                                        United States District Judge